UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| STEVEN FLOYD VOSS, | Case No. 3:22-cv-00174-MMD-CSD |
|---|---|
| Petitioner, | |
| v. | ORDER |
| KYLE OLSEN, et al., | |
| Respondents. | |

Petitioner Steven Floyd Voss has filed an application to proceed *in forma pauperis* with an attached petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (ECF No. 1.) After reviewing the submitted documents, the Court finds that Voss is able to pay the full filing fee of $5.00.

It is therefore ordered that the application to proceed *in forma pauperis* (ECF No. 1) is denied. Voss has 30 days from the date that this order is entered—no later than May 18, 2022—to have the filing fee of $5.00 sent to the Clerk of Court. Failure to comply will result in the dismissal of this action.

The Clerk of Court is directed to send Voss two copies of this order. Voss is ordered to make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED THIS 18th Day of April 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE